No. 60511.—John C. Sleater Co., Inc. v. United States, protest 264484–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of lace doilies similar in all material respects to those the subject of Abstract 58866, the claim of the plaintiff was sustained.